1  Floyd W. Bybee, #012651
   **BYBEE LAW CENTER, PLC**
2  2473 S. Higley Road
   Suite 104-308
3  Gilbert, AZ 85295-3023
   Office: (480) 756-8822
4  Fax: (480) 302-4186
   floyd@bybeelaw.com
5
   Attorney for Plaintiff
6

7

8                  **UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF ARIZONA**

10

11  **Richard Quigley,**                )        No. CV10-320-PHX-ROS
                                         )
12                                       )
                                         )
13         Plaintiff,                    )
                                         )
14  v.                                   )        **NOTICE OF DISMISSAL**
                                         )            **WITH PREJUDICE**
15  **DSS Financial Group, LLC,**        )
                                         )
16                                       )
                                         )
17         Defendant.                    )
                                         )
18                                       )

19         Plaintiff, by and through counsel, hereby gives notice of dismissal of this case

20  in its entirety against all parties with prejudice, with each party to bear its own

21  attorney's fees and costs.

22  /  /  /

23  /  /  /

24

25

1

2        RESPECTFULLY SUBMITTED:   June 9, 2010   .

3

4                                         s/ Floyd W. Bybee
                                        Floyd W. Bybee, #012651
5                                       **BYBEE LAW CENTER, PLC**
                                        2473 S. Higley Road
6                                       Suite 104-308
                                        Gilbert, AZ 85295-3023
7                                       Office: (480) 756-8822
                                        Fax: (480) 302-4186
8                                       floyd@bybeelaw.com

9                                       Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25